## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| AKANINYENE EFIONG AKAN, | : | No. 17 WM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| HON. DONNA JO MCDANIEL OF THE | : | |
| COURT OF COMMON PLEAS, | : | |
| ALLEGHENY COUNTY, | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.